IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ANTHONY JOHN BONOMO AKA ANTHONY J. BONOMO; AKA ROCKY BONOMO; DBA ROCK SOLID FITNESS
VIRGINIA BONOMO AKA GINNY BONOMO; DBA ROCK SOLID FITNESS

Debtors

CHAPTER 13

CASE NO. 5:16-bk-01894-RNO

APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

## ORDER APPROVING COMPENSATION TO COUNSEL FOR DEBTORS

Upon consideration of *Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses* it is ordered that the total sum of $10,000.00 is hereby approved for interim counsel's fee and reimbursement of expenses. Counsel is authorized to apply the $1,070.09 of funds that it is holding in its trust account toward this amount. The remaining $8,929.91 shall be paid by the Chapter 13 Trustee. Of this amount, $6,000.00 shall be paid to counsel by the trustee as soon as practicable. The remaining compensation of $2,929.91 shall be paid only after payment of all other claims that the plan entitles to full payment, and only to the extent that the trustee has funds available to pay it.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: August 30, 2016